IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FORMAT CORPORATION,

   Plaintiff

vs.

WIDEWATERS PROPERTY
DEVELOPMENT CORPORATION,
INC.

   Defendant

Civil Action No. 02-1902

AND NOW, this 10th day of Oct, 2006, upon consideration of the Motion For Entry of Judgment, it is hereby ORDERED, ADJUDGED and DECREED that the Motion For Entry of Judgment is GRANTED and 1) Judgment is entered in favor of Widewaters Property Development Corporation, Inc., and 2) Liberty Mutual Insurance Company is released from any obligations relating to its April 13, 2005 Supersedeas Bond.

BY THE COURT:

_____
United States District Judge